IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION | ) | CIVIL CASE NO. 5:06-cv-00240-MHS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| MOTOROLA, INC. | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ON JOINT MOTION TO LIFT STAY AND TO ENTER ORDER OF DISMISSAL

Before the Court is the joint motion of Plaintiff Antor Media Corporation ("Antor Media") and Defendant Motorola, Inc. ("Motorola") to lift the current stay of this action and to enter an order dismissing all pending claims.

The Court is of the opinion the joint motion should be GRANTED.  It is therefore ORDERED that

1.      the current stay of the 240 Action is lifted;

2.      all claims asserted between Plaintiff Antor Media and Defendant Motorola are hereby DISMISSED WITH PREJUDICE; and

3.      it is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**It is SO ORDERED.**

**SIGNED this 19th day of December, 2012.**

US2008 1485419.1

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE